# BRADY/GIGLIO TIMELINE

| DATE | EVENT |
|---|---|
| 1/12/24 | King filed a motion for bond, under seal, with no written response from the Government |
| 1/17/2024 | Hearing on motion for bond after which King was released on conditions |
| 10/28/2024 | Defense filed a motion for bond review, under seal, with no written response from the Government |
| 11/5/2024 | Bond review hearing in which "the parties jointly requested" that King be permitted to remain on bond |
| 12/8/2024 | Psychologist Raghavan issues a new report for King based on new interviews with King on 10/9 & 10/15/2024 that is inconsistent with the report she authored in the fall of 2022 |
| 12/??/2024 | Government received a copy of the new report |

| | |
|---|---|
| 01/??/2025 | Government makes decision to recommend a thirty-month sentence for King pursuant to Sentencing Guideline 5K1.1 |
| 01/??/2025 | Government communicates its proposed 5K recommendation to counsel for King |
| 1/13/2025 | Defense files Motion for Disclosure of PSR and Other Required Information |
| 1/17/2025 | Government files response arguing that defendant has received everything he is entitled to under *Brady/Giglio* |
| 1/20/2025 | Defense files a reply to Government's response. |
| 1/24/2025 | Hearing on defense motion set for 2/10/2025 |
| 2/5/2025 | Government provided the following in response to defense motion for disclosure: |

1. 5K recommendation will be 30 months, a 50% reduction from the statutory cap of five years;

2. Acknowledgement that Government had not opposed King's requests for bond, although minute entry for 11/2024 bond hearing states that Government affirmatively joined in the motion

3. Advised of the existence of Raghavan's second report with the suggestion that the defense seek a copy of the report through the judge

2/7/2025     Government, upon inquiry from the defense, acknowledged that it possessed a copy of Raghavan's second report and provided a redacted version of that report three days before the scheduled hearing on the defense motion to disclose.

Government excused the failure to provide the report earlier by alleging that it believed the defense would have received the report from King's attorneys

2/10/2025        Hearing on defense motion for disclosure. During the hearing, the Court inquired as to when the Government obtained the Raghavan report.

Government admitted that it had possession of the report since November. Government excused the failure to provide the report earlier because Government counsel was out of the office.

Government's claim:

1.    ignores the fact that co-counsel on the case was available when the report was received and could have provided the report to the defense earlier than three days before the hearing;

2.    ignores fact that Government lead counsel was actually back in the office on January 17, 2025 when the Government's response to motion to disclose was filed;

3.    was inconsistent with the excuse provided to the defense on February 7, 2925 for not tendering the report earlier